AMERICAN SAFETY RAZOR CORPORA-TION, Appellant, v. W. C. RODGERS, Trustee, etc.

No. 9103.

Circuit Court of Appeals, Eighth Circuit.

March 25, 1932.

M. E. Culhane, of Minneapolis, Minn., for appellant.

William P. O'Brien, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal dismissed, without prejudice, and without costs to either party in this court, per stipulation of parties.

BLUE LIMESTONE CO., Petitioner, v. COM-MISSIONER OF INTERNAL REVENUE.

No. 9405.

Circuit Court of Appeals, Eighth Circuit.

March 24, 1932.

Arnold L. Guesmer, of Minneapolis, Minn., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to the Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Byron M. Coon, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals dismissed, without costs to either party in this court, per stipulation of parties.

Frederick BURKHALTER, Appellant, v. UNITED STATES of America.

No. 9484.

Circuit Court of Appeals, Eighth Circuit.

March 23, 1932.

Bert W. Sheets, of Kansas City, Mo., for appellant.

George C. Dyer, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee under rule 16.

John P. CARROLL, Petitioner, v. Joseph W. WOODROUGH, Judge, etc.

No. 371.

Circuit Court of Appeals, Eighth Circuit.

March 16, 1932.

John P. Carroll, in pro. per.

PER CURIAM.

Motion for leave to file petition for writ of mandamus denied.